UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-CV-21213-KMW

JAMES SMITH,

     Plaintiff,

v.

CARNIVAL CORPORATION,
and SCOOTAROUND, INC.,

     Defendant.

_____//

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant, Carnival Corporation d/b/a Carnival Cruise Line ("Carnival"), by and through undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, hereby files its Answer and Affirmative Defenses to Plaintiff's Complaint and Demand for Jury Trial ("Complaint") [ECF No. 1], as follows:

## ALLEGATIONS COMMON TO ALL COUNTS

1. Carnival denies the allegations contained in Paragraph 1 of the Complaint.

2. Carnival admits, for jurisdictional purposes in this litigation only, that this Court has subject matter jurisdiction.

3. Carnival denies the allegations contained in Paragraph 3 of the Complaint for lack of sufficient information to justify a belief therein.

4. Carnival admits the allegations contained in Paragraph 4 of the Complaint for purposes of this litigation only. The ticket contract between Carnival and Plaintiff contains a venue and forum selection provision.

5.      Carnival denies the allegations contained in Paragraph 5 of the Complaint for lack of sufficient information to justify a belief therein.

6.      Carnival denies the allegations contained in Paragraph 6 of the Complaint.

7.      Carnival admits for purposes of this litigation only that this Court has jurisdiction over Defendant.

8.      Carnival admits for purposes of this litigation only that this Court has jurisdiction over Defendant.

9.      Carnival admits for purposes of this litigation only that this Court has jurisdiction over Defendant.

10.     The allegations contained in Paragraph 10 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

11.     The allegations contained in Paragraph 11 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

12.     The allegations contained in Paragraph 12 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

13.     The allegations contained in Paragraph 13 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

14.     Carnival denies the allegations contained in Paragraph 14 of the Complaint for lack of sufficient information to justify a belief therein.

## DEFINITIONS AND FACTUAL ALLEGATIONS

15.     The allegations contained in Paragraph 15 of the Complaint do not call for an admission or denial; therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

16.     Carnival admits for purposes of this litigation only that it operated the subject cruise ship, the Carnival *Glory*, on the date of the incident alleged in the Complaint; all else denied.

17.     Carnival admits for purposes of this litigation only that it operated the subject cruise ship, the Carnival *Glory*, on the date of the incident alleged in the Complaint; all else denied.

18.     The allegations contained in Paragraph 18 of the Complaint appear not to be directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

19.     Admitted that Plaintiff reported that an incident occurred on January 24, 2024; all else denied.

20.     Carnival denies the allegations contained in Paragraph 20 of the Complaint for lack of sufficient information to justify a belief therein.

21.     Carnival denies the allegations contained in Paragraph 21 of the Complaint.

22.     Carnival denies the allegations contained in Paragraph 22 of the Complaint.

23.     Carnival denies the allegations contained in Paragraph 23 of the Complaint, including all subparts.

24.     Carnival denies the allegations contained in Paragraph 24 of the Complaint.

25.     Carnival denies the allegations contained in Paragraph 25 of the Complaint.

26.     Carnival denies the allegations contained in Paragraph 26 of the Complaint.

27.     Carnival denies the allegations contained in Paragraph 27 of the Complaint.

28.     Carnival denies the allegations contained in Paragraph 28 of the Complaint.

29.     Carnival denies the allegations contained in Paragraph 29 of the Complaint.

30.     Carnival denies the allegations contained in Paragraph 30 of the Complaint.

31.     Carnival denies the allegations contained in Paragraph 31 of the Complaint.

32.     Carnival denies the allegations contained in Paragraph 32 of the Complaint.

33.     Carnival denies the allegations contained in Paragraph 33 of the Complaint.

34.     Carnival denies the allegations contained in Paragraph 34 of the Complaint.

35.     Carnival denies the allegations contained in Paragraph 35 of the Complaint.

36.     Carnival denies the allegations contained in Paragraph 36 of the Complaint.

37.     Carnival denies the allegations contained in Paragraph 37 of the Complaint.

38.     Carnival denies the allegations contained in Paragraph 38 of the Complaint.

## COUNT I – NEGLIGENT FAILURE TO REMEDY AGAINST CARNIVAL

39.     Carnival adopts, re-alleges, and re-avers its responses to Paragraphs 1 through 38, *supra,* as if fully contained herein and further responds as follows.

40.     Carnival admits only that it owed Plaintiff a duty to exercise reasonable care under the circumstances; all else denied as phrased.

41.     Carnival admits only that it owed Plaintiff a duty to exercise reasonable care under the circumstances; all else denied as phrased.

42.     Carnival denies the allegations contained in Paragraph 42 of the Complaint.

43.     Carnival denies the allegations contained in Paragraph 43 of the Complaint.

44.     Carnival denies the allegations contained in Paragraph 44 of the Complaint.

45.     Carnival denies the allegations contained in Paragraph 45 of the Complaint.

46.     Carnival denies the allegations contained in Paragraph 46 of the Complaint.

47.     Carnival denies the allegations contained in Paragraph 47 of the Complaint, including all subparts.

48.     Carnival denies the allegations contained in Paragraph 48 of the Complaint.

Carnival denies the allegations contained in the unnumbered "Wherefore" clause.

## COUNT II- NEGLIGENT FAILURE TO REMEDY AGAINST SCOOTAROUND

49.     Carnival adopts, re-alleges, and re-avers its responses to Paragraphs 1 through 38, *supra,* as if fully contained herein and further responds as follows.

50.     The allegations contained in Paragraph 50 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

51.     The allegations contained in Paragraph 51 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

52.     The allegations contained in Paragraph 52 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

53.     The allegations contained in Paragraph 53 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

54.     The allegations contained in Paragraph 54 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

55.     The allegations contained in Paragraph 55 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

56.     The allegations contained in Paragraph 56 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

57.     The allegations contained in Paragraph 57 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

58.     The allegations contained in Paragraph 58 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

The allegations contained in the unnumbered "Wherefore" clause are not directed to Carnival, however, to the extent the allegations assert claims against Carnival, they are denied.

## COUNT III – NEGLIGENT FAILURE TO WARN OF DANGEROUS CONDITIONS AGAINST CARNIVAL

59.     Carnival adopts, re-alleges, and re-avers its responses to Paragraphs 1 through 38, *supra,* as if fully contained herein and further responds as follows.

60.     Carnival admits only that it owed Plaintiff a duty to exercise reasonable care under the circumstances; all else denied as phrased.

61.     Carnival admits only that it owed Plaintiff a duty to exercise reasonable care under the circumstances; all else denied as phrased.

62.     Carnival admits only that it owed Plaintiff a duty to exercise reasonable care under the circumstances; all else denied as phrased.

63.     Carnival denies the allegations contained in Paragraph 63 of the Complaint.

64.     Carnival denies the allegations contained in Paragraph 64 of the Complaint.

65.     Carnival denies the allegations contained in Paragraph 65 of the Complaint.

66.     Carnival denies the allegations contained in Paragraph 66 of the Complaint.

67.     Carnival denies the allegations contained in Paragraph 67 of the Complaint.

68.     Carnival denies the allegations contained in Paragraph 68 of the Complaint.

69.     Carnival denies the allegations contained in Paragraph 69 of the Complaint.

70.     Carnival denies the allegations contained in Paragraph 70 of the Complaint.

71.     Carnival denies the allegations contained in Paragraph 71 of the Complaint.

72.     Carnival denies the allegations contained in Paragraph 72 of the Complaint.

73.     Carnival denies the allegations contained in Paragraph 73 of the Complaint.

Carnival denies the allegations contained in the unnumbered "Wherefore" clause.

## COUNT IV – AGAINST SCOOTAROUND NEGLIGENT FAILURE TO WARN OF DANGEROUS CONDITIONS

74.     Carnival adopts, re-alleges, and re-avers its responses to Paragraphs 1 through 38, *supra*, as if fully contained herein and further responds as follows.

75.     The allegations contained in Paragraph 75 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

76.     The allegations contained in Paragraph 76 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

77. The allegations contained in Paragraph 77 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

78. The allegations contained in Paragraph 78 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

79. The allegations contained in Paragraph 79 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

80. The allegations contained in Paragraph 80 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

81. The allegations contained in Paragraph 81 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

82. The allegations contained in Paragraph 82 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

83. The allegations contained in Paragraph 83 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

84.     The allegations contained in Paragraph 84 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

85.     The allegations contained in Paragraph 85 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

86.     The allegations contained in Paragraph 86 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

87.     The allegations contained in Paragraph 87 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

88.     The allegations contained in Paragraph 88 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

The allegations contained in the unnumbered "Wherefore" clause are not directed to Carnival, however, to the extent the allegations assert claims against Carnival, they are denied.

## COUNT V – NEGLIGENT DESIGN, INSTALLATION, AND/OR APPROVAL OF THE SUBJECT SURFACE AND THE VICTINITY AGAINST CARNIVAL

89.     Carnival adopts, re-alleges, and re-avers its responses to Paragraphs 1 through 38, *supra*, as if fully contained herein and further responds as follows.

90.     Carnival admits only that it owed Plaintiff a duty to exercise reasonable care under the circumstances; all else denied as phrased.

91.     Carnival admits for purposes of this litigation only that it participated in certain aspects of the design process of the subject vessel; all else denied.

92.     Carnival admits for purposes of this litigation only that it participated in certain aspects of the design and approval process of the subject vessel; all else denied.

93.     Carnival denies the allegations contained in Paragraph 93 of the Complaint.

94.     Carnival admits for purposes of this litigation only that it participated in certain aspects of the design process of the subject vessel; all else denied.

95.     Carnival admits for purposes of this litigation only that it participated in certain aspects of the design process of the subject vessel; all else denied.

96.     Carnival admits for purposes of this litigation only that it participated in certain aspects of the design process of the subject vessel; all else denied.

97.     Carnival admits for purposes of this litigation only that it participated in certain aspects of the design process of the subject vessel; all else denied.

98.     Carnival denies the allegations contained in Paragraph 98 of the Complaint.

99.     Carnival denies the allegations contained in Paragraph 99 of the Complaint.

100.    Carnival denies the allegations contained in Paragraph 100 of the Complaint.

101.    Carnival denies the allegations contained in Paragraph 101 of the Complaint.

102.    Carnival denies the allegations contained in Paragraph 102 of the Complaint.

103.    Carnival denies the allegations contained in Paragraph 103 of the Complaint.

104.    Carnival denies the allegations contained in Paragraph 104 of the Complaint.

105.    Carnival denies the allegations contained in Paragraph 105 of the Complaint.

106.    Carnival denies the allegations contained in Paragraph 106 of the Complaint.

107.    Carnival denies the allegations contained in Paragraph 107 of the Complaint.

Carnival denies the allegations contained in the unnumbered "Wherefore" clause.

## COUNT VI – CLAIM OF STRICT LIABILITY AGAINST SCOOTAROUND

108.     Carnival adopts, re-alleges, and re-avers its responses to Paragraphs 1 through 38, *supra*, as if fully contained herein and further responds as follows.

109.     The allegations contained in Paragraph 109 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

110.     The allegations contained in Paragraph 110 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

111.     The allegations contained in Paragraph 111 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

112.     The allegations contained in Paragraph 112 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

113.     The allegations contained in Paragraph 113 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

114.     The allegations contained in Paragraph 114 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

115. The allegations contained in Paragraph 115 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

116. The allegations contained in Paragraph 116 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

117. The allegations contained in Paragraph 117 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

118. The allegations contained in Paragraph 118 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

119. The allegations contained in Paragraph 119 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

120. The allegations contained in Paragraph 120 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

121. The allegations contained in Paragraph 121 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

122. The allegations contained in Paragraph 122 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

123. The allegations contained in Paragraph 123 of the Complaint are not directed to Carnival, therefore, do not require an answer. To the extent the allegations assert claims against Carnival, they are denied.

Carnival denies any unnumbered allegations contained in the Complaint. All allegations not specifically admitted herein are denied.

## DEMAND FOR JURY TRIAL

Carnival denies that Plaintiff is entitled to a jury trial.

## AFFIRMATIVE DEFENSES

As separate and complete defenses, based upon information and belief, Carnival states as follows:

## FIRST AFFIRMATIVE DEFENSE

This action is governed by and subject to the terms, conditions and limitations contained within Plaintiff's Cruise Ticket Contract, and Carnival adopts and incorporates by reference the same herein in their entirety. Further, Carnival is liable, if at all, only subject to the terms contained in Plaintiff's Cruise Ticket Contract.

## SECOND AFFIRMATIVE DEFENSE

Carnival asserts that, to the extent Plaintiff's Complaint alleges that a dangerous condition existed on the vessel, which Carnival denies, any such condition was an open and obvious condition, and that Plaintiff did or should have observed and comprehended same through the

ordinary use of his senses. As such, any recovery of the Plaintiff herein is barred or should be reduced accordingly.

## THIRD AFFIRMATIVE DEFENSE

Carnival asserts that Plaintiff's damages were caused in whole or in part by the Plaintiff's own acts of negligence including, but not limited to, the failure to exercise reasonable care for his own safety. Therefore, Plaintiff's damages, if any, must be reduced by the amount attributable to Plaintiff's comparative or relative fault therein.

## FOURTH AFFIRMATIVE DEFENSE

Carnival asserts that Plaintiff has failed to mitigate his damages, if any, thus precluding or diminishing the Plaintiff's recovery herein to the extent such mitigation would have diminished or avoided Plaintiff's alleged losses or injuries. For example, Plaintiff may have failed to comply with the reasonable medical recommendations and instructions from her treating providers, as may be borne out through records obtained during discovery in this matter.

## FIFTH AFFIRMATIVE DEFENSE

Carnival asserts that Plaintiff's injuries, if any, are the result of a pre-existing injury or condition which was not aggravated by the alleged incident claimed herein. Alternatively, if any pre-existing injury or condition was aggravated by any alleged incident herein, the Plaintiff is only entitled to reimbursement for the degree of aggravation, and any recovery he obtains herein must be limited to the percentage of aggravation she suffered as a result of this alleged incident.

## SIXTH AFFIRMATIVE DEFENSE

Carnival asserts that federal maritime law, to the exclusion of state law, is the applicable substantive law governing this action.

## SEVENTH AFFIRMATIVE DEFENSE

Carnival asserts that it had no notice, actual, constructive, or otherwise of any alleged dangerous condition which the Plaintiff alleges was the proximate cause of his damages and as such, Carnival is not liable to the Plaintiff based on a theory of negligence and Plaintiff is unable to recover from this Defendant.

## EIGHTH AFFIRMATIVE DEFENSE

Carnival asserts that any injury or damage alleged to have been suffered by the Plaintiff herein is not the proximate result of any negligence of this Defendant and any such injuries are unrelated to the incident at issue and/or were the result of intervening and unforeseeable causes for which Defendant owed Plaintiff no duty. As such, Plaintiff is unable to recover from this Defendant.

## NINTH AFFIRMATIVE DEFENSE

Carnival asserts that Plaintiff's Complaint and each purported cause of action therein fails to state facts which are sufficient to constitute a cause of action against Defendant.

Carnival reserves the right to file additional defenses, affirmative defenses, and claims including but not limited to counterclaims, cross claims, and/or claims against other defendants or third parties as further discovery in this matter may warrant or require.

**WHEREFORE**, Defendant, Carnival Corporation d/b/a Carnival Cruise Line, having answered Plaintiff's Complaint, and raising affirmative defenses thereto, requests that Plaintiff's action be dismissed with prejudice, with Plaintiff taking nothing, in addition to any further relief as this Honorable Court deems just and equitable.

Dated: May 8, 2024
       Miami, Florida

**Respectfully submitted,**

By: */s/ Luis E. Llamas*
     LUIS E. LLAMAS (Fla. Bar No.: 0089822)
     LAUREN ROSE (Fla. Bar No.: 115743)
     JONES WALKER LLP
     201 S. Biscayne Blvd, Suite 3000
     Miami, FL 33131
     Tel: (305) 679-5700
     Email:    llamas@joneswalker.com
                lrose@joneswalker.com
     *Counsel for Defendant Carnival Corporation*
     *d/b/a Carnival Cruise Line*