## Lilia R. Parker

| | |
|---|---|
| **From:** | Adrian Baez <abaez@aronfeld.com> |
| **Sent:** | Tuesday, March 4, 2025 1:46 PM |
| **To:** | Balart, Etienne; Martinez, Daniela; Cooper Jarnagin; Matthias Hayashi; Abby Ivey; Lilia R. Parker; Michael Drahos; Rose, Lauren; Llamas, Luis; Weiland, Abigail; Weiner, Duchess; Ana Balloveras; jamessmithz12056003@aronfeld.filevineapp.com |
| **Subject:** | Re: Smith v. Carnival Corporation et al - Case No. 1:24-cv-21213-KMW - Service of Court Documents |
| **Attachments:** | Smith_James_LCP_030325.pdf |

**This message originated outside of GrayRobinson.**

Good afternoon,

Please refer to the attached.

Sincerely,

On Mon, Mar 3, 2025 at 9:53 AM Adrian Baez <abaez@aronfeld.com> wrote:

Good morning,

We inadvertently left this out of this disclosure. Please see attached.

Sincerely,

On Fri, Feb 28, 2025 at 8:12 PM Adrian Baez <abaez@aronfeld.com> wrote:

| | |
|---|---|
| Court | Southern District of Florida |
| Case No. | 1:24-cv-20626-KMW |
| Case Style: | Smith v. Carnival Corporation et al |
| Document(s) Served: | Plaintiff's Expert Disclosures |
| Sender's Name | Spencer Aronfeld, Esq. |
| Note: | This will be the only service upon you of this document. You will not receive a paper copy. |

--
**Adrian Baez-Serna**
Paralegal
1 Alhambra Plaza, Penthouse | Coral Gables, Florida 33134
T: 305-441-0440 | F: 305-441-0198 | C:305-833-7080
abaez@aronfeld.com

1

************************* CONFIDENTIAL *****************************

The information in this e-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, copying, dissemination, distribution, forwarding or the taking of any action in reliance on the contents of this communication is prohibited. If you have received this e-mail in error, please notify the sender as soon as possible. In addition, please delete the erroneously received message from any device/media where the message is stored.

--

**Adrian Baez-Serna**
Paralegal
1 Alhambra Plaza, Penthouse | Coral Gables, Florida 33134
T: 305-441-0440 | F: 305-441-0198 | C:305-833-7080
abaez@aronfeld.com



************************* CONFIDENTIAL *****************************

The information in this e-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, copying, dissemination, distribution, forwarding or the taking of any action in reliance on the contents of this communication is prohibited. If you have received this e-mail in error, please notify the sender as soon as possible. In addition, please delete the erroneously received message from any device/media where the message is stored.

--

**Adrian Baez-Serna**
Paralegal
1 Alhambra Plaza, Penthouse | Coral Gables, Florida 33134
T: 305-441-0440 | F: 305-441-0198 | C:305-833-7080
abaez@aronfeld.com

*************************** CONFIDENTIAL ******************************

The information in this e-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, copying, dissemination, distribution, forwarding or the taking of any action in reliance on the contents of this communication is prohibited. If you have received this e-mail in error, please notify the sender as soon as possible. In addition, please delete the erroneously received message from any device/media where the message is stored.

*************************** CONFIDENTIAL ******************************

The information in this e-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, copying, dissemination, distribution, forwarding or the taking of any action in reliance on the contents of this communication is prohibited. If you have received this e-mail in error, please notify the sender as soon as possible. In addition, please delete the erroneously received message from any device/media where the message is stored.

*********************************************************************************************

# PMR MedLegal

LIFE CARE PLAN FOR: JAMES SMITH

## James Smith

| | | | |
|---|---|---|---|
| Date of Injury: | **01/24/2024** | Age at Time of Injury: | **58** |
| Date of Birth: | **09/28/1966** | Age at Time Report Prepared: | **56** |

The following report dated March 3, 2025, on James Smith outlines the need for treatment, services, and equipment necessary to maximize his medical and rehabilitative potential. It is an objective representation of those needs as well as an estimation of the costs associated with meeting those needs. This report was prepared based on an evaluation of James Smith and review of all records received to date. Input was received from his family, physicians, therapists, and others as available. There is no prior relationship with James Smith or his family, and thus there are no conflicts.

The report was prepared at the request of James Smith' attorney, with their consent for the development of a life care plan. Any additional information or documentation received that is not currently available may alter the report.

The opinions expressed are based on the information listed at the end of the report under the section entitled Information Reviewed to Prepare the Report. A curriculum vitae is attached which includes a summary of my qualifications, experience, and educational background as well as a list of publications authored.



Paul M. Ramos, PT, GCS, CLCP, ATP, CEAC, FIALCP
Life Care Planner

**Please Note:** *The report is enclosed as amended to comply with Rule 26. Also, as requested, enclosed please find a list of cases in which I have testified as an expert at trial or deposition. I charge an hourly rate of $300.00 portal to portal.*

# PMR MedLegal

## DEFINITIONS

As Needed - Indicates an item or service more likely than not (more than 50% chance) will be required. The time the item or service will be needed, and the frequency cannot be determined.

If Needed - Indicates an item or service may (less than 50% chance) be required, but the frequency cannot be determined.

If Able - Indicates the viewpoint that with optimum care, the individual may be able to use or benefit from a particular item or service.

Life 1 x - Indicates that an item or service must be purchased only one time, however, the age when the item or service will be purchased or provided cannot be determined.

Cost - All costs are listed as cost per item, unless otherwise stated. For example:

|           |      |        |         |
|-----------|------|--------|---------|
| Urinalysis | Life | 2 x Yr | $18.00 |

This indicates each Urinalysis costs $18.00; therefore, an annual cost will total $36.00.

Medical Evaluation - Visit by a new or established patient for evaluation and management services, to include taking a comprehensive history, performing a comprehensive examination, and making either straightforward, moderately complex, or highly complex medical decisions. Visit may also include identification of risk factors and ordering of appropriate laboratory and/or diagnostic procedures.

Medical Care - Visit to a medical practitioner for the purposes of discussing a problem, receiving prophylactic vaccination, receiving specific treatment of a disease, injury, or residual state, or to prevent recurrence of disease or injury.

Household Service(s) - An individual who aids with activities such as grocery shopping, meal planning, meal preparation and clean up. These services also include light day-to-day tasks, such as laundry and ironing, vacuuming, cleaning bathroom and kitchen, dusting, and changing bed linens, etc.

**PMR MedLegal**                                                    **Life Care Plan for James Smith**

| Medical Evaluations and Care | Age Over Which Services Will Be Provided | Frequency | Cost | | | Comments |
|---|---|---|---|---|---|---|
| | | | From | To | Per | |
| Physiatric Evaluation | Life | 1 x yr | $ 507.00 | $ 544.00 | Ea time | Per Dr. Suite |
| Physiatrist Care | Life | Ev 3 mos | $ 415.00 | $ 589.00 | Ea time | |
| Internal Medicine/Primary Care | Life | 1 x yr | $ 273.00 | $ 420.00 | Ea time | Per Dr. Suite / Over and above pre-injury need |
| Urological Evaluation | Life | 1 x yr | $ 543.00 | $ 561.00 | Ea time | Per Dr. Suite |
| Urologist Care | Life | 2-3 x yr and as needed | $ 361.00 | $ 599.00 | Ea time | |
| Gastroenterologist Evaluation | Life | 1 x yr | $ 507.00 | $ 537.00 | Ea time | Per Dr. Suite |
| Gastroenterologist Care | For 2 yrs | 1-3 x yr | $ 392.00 | $ 415.00 | Ea time | |
| | Then-life | As needed | $ 392.00 | $ 415.00 | Ea time | |
| Neurological Evaluation | Life | 1 x yr | $ 450.00 | $ 714.00 | Ea time | Per Dr. Suite |
| Neurologist Care | Life | If needed | $ 250.00 | $ 584.00 | Ea time | Over and above pre-injury need |
| Pulmonological Evaluation | Life | 1 x yr | $ 545.00 | $ 705.00 | Ea time | Per Dr. Suite |
| Pulmonological Care | Life | 1-2 x yr and as needed | $ 415.00 | $ 496.00 | Ea time | |
| General Surgery Evaluation | Prior to colostomy reversal | 1 x / If able | $ 554.00 | $ 561.00 | Ea time | Per Dr. Suite / If Mr. Smith's sacral wound closes and he is a candidate for colostomy reversal |
| General Surgery Care | After colostomy reversal | 2-3 x / If able | $ 370.00 | $ 418.00 | Ea time | |
| Plastic Surgeon/Wound Care Specialist Evaluation | Life | 1 x yr | $ 303.00 | $ 545.00 | Ea time | Per Dr. Suite / Mr. Smith currently has 8 pressure wounds |
| | Prior to ea reconstructive surgery | 1 x | $ 303.00 | $ 545.00 | Ea time | |
| Plastic Surgeon/Wound Care Specialist Care | In 4-12 wks for 6 mos | 3-5 x | $ 140.00 | $ 419.00 | Ea time | |
| | Then-life | 1 x yr | | | | |
| | After ea reconstructive surgery | 1 x wk for 3-6 mos 2-3 x | $ 140.00 | $ 419.00 | Ea time | |
| Neurosurgery Evaluation | Life | If needed | $ 361.00 | $ 561.00 | Ea time | Per Dr. Suite |
| Neurosurgeon Care | Life | If needed | $ 294.00 | $ 496.00 | Ea time | |
| Infectious Disease Evaluation | Life | 1 x yr | $ 450.00 | $ 543.00 | Ea time | Per Dr. Suite |
| Infectious Disease Care | Life | 1-3 x yr and as needed | $ 374.00 | $ 421.00 | Ea time | |
| Pain Management Evaluation | Life | If needed | $ 475.00 | $ 719.00 | Ea time | Per Dr. Suite |
| Pain Management Care | Life | If needed | $ 99.00 | $ 307.00 | Ea time | |

1

**PMR MedLegal**                                                   **Life Care Plan for James Smith**

| Medical Evaluations and Care | Age Over Which Services Will Be Provided | Frequency | Cost | | | Comments |
|---|---|---|---|---|---|---|
| | | | From | To | Per | |
| Podiatrist Care | Life | 2 x yr | $ 101.00 | $ 319.00 | Ea time | Per Dr. Suite |
| Orthopedic Surgery Evaluation | Life | As needed | $ 325.00 | $ 333.00 | Ea time | Per Dr. Suite |
| | Prior to left below knee amputation | 1x if needed | $ 325.00 | $ 333.00 | Ea time | Mr. Smith has a stage IV left ankle wound that puts him at risk of limb loss |
| Orthopedic Surgeon Care | Life | As needed | $ 214.00 | $ 329.00 | Ea time | |
| | After left below knee amputation | 3-5 If needed | $ 214.00 | $ 329.00 | Ea time | |
| Orthotist Evaluation | Life | Ev 3 yrs | $ - | $ - | Ea time | Included in cost of orthotic devices |
| Registered Dietician | Now for 6 mos | 1 x mo | $ 476.00 | $ 560.72 | Ea time | Per Dr. Suite |
| | Then-life | Ev 3-6 mos | $ 476.00 | $ 560.72 | Ea time | |
| Hospitalization-Inpatient (Long-Term Acute Care Hospital LTACH) | Now | 4-12 wks | $ 13,404.59 | $ 15,025.77 | Dy | Per Dr. Suite |
| Hospitalization-Inpatient | Life | Ev 2 yrs | $ 43,153.86 | $ 93,547.00 | Ea time | |
| Hospitalization-ER Visits | Life | 1-2 visits ev 2 yrs | $ 3,523.00 | $ 4,575.58 | Ea time | |

2

**PMR MedLegal**                                    **Life Care Plan for James Smith**

| Diagnostics | Age Over Which Services Will Be Provided | Frequency | Cost | | | Comments |
| --- | --- | --- | --- | --- | --- | --- |
| | | | From | To | Per | |
| X-Ray (C-Spine) | Life | 1 x yr | $ 854.15 | $ 1,082.00 | Ea time | Per Dr. Suite |
| X-Ray (Chest) | Life | 1 x yr | $ 691.13 | $ 778.00 | Ea time | |
| Renal Ultrasound | Life | 1 x yr | $ 854.15 | $ 2,025.00 | Ea time | |
| Renal Scintigraphy | Life | Ev 3 yrs | $ 3,525.00 | $ 4,026.00 | Ea time | |
| Cystogram | Life | 1 x yr | $ 1,013.00 | $ 2,843.08 | Ea time | |
| DEXA Scan | Life | 1 x yr | $ 854.15 | $ 1,369.00 | Ea time | |
| Urodynamics | Life | Ev 2 yrs | $ 2,770.00 | $ 4,419.53 | Ea time | |
| X-Ray (Bilateral Hips) | Life | Ev 2 yrs | $ 781.00 | $ 854.15 | Ea time | |
| 3-Phase Bone Scan | Life | 1-2 x and as needed | $ 2,313.00 | $ 3,091.32 | Ea time | |
| Pulmonary Function Test | Life | 1 x yr | $ 506.00 | $ 1,196.25 | Ea time | |

**PMR MedLegal**                                                    **Life Care Plan for James Smith**

| Therapeutic Evaluations and Care | Age Over Which Services Will Be Provided | Frequency | Cost | | | Comments |
|---|---|---|---|---|---|---|
| | | | From | To | Per | |
| Seating Evaluation | Life | Ev 3-5 yrs | $ 228.00 | $ 473.68 | Ea time | Per Dr. Suite |
| Rehab Technology Evaluation | Life | Ev 3 yrs | $ 432.00 | $ 568.48 | Ea time | |
| Home Accessibility and Safety Evaluation | Life | 1 x and as needed | $ 850.00 | $ 2,000.00 | Ea time | |
| Physical Therapy Evaluation | Life | 1 x yr | $ 212.50 | $ 271.00 | Ea time | Per Dr. Suite |
| Physical Therapy | Life | 48 visits/yr | $ 212.50 | $ 358.00 | Visit | Over and above pre-injury need |
| Occupational Therapy Evaluation | Life | 1 x yr | $ 212.50 | $ 301.00 | Ea time | |
| Occupational Therapy | Life | 48 visits/yr | $ 212.50 | $ 358.00 | Visit | |
| Speech Therapy Evaluation | In 4-12 wks | 1 x | $ 212.50 | $ 478.00 | Ea time | Per Dr. Suite |
| | Then-life | As needed | $ 212.50 | $ 478.00 | Ea time | |
| Speech Therapy | After initial eval | 2 visits/wk for 4 wks | $ 212.50 | $ 262.46 | Visit | |
| Recreational Therapy Evaluation | Life | Ev 5 yrs | $ 212.50 | $ 350.00 | Ea time | Per Dr. Suite |
| Recreational Therapy | After ea eval | 4-6 hrs | $ 212.50 | $ 175.00 | Hr | |
| Individual Counseling | Life | 6-12 sess/yr | $ 175.00 | $ 200.00 | Sess | Per Dr. Suite Over and above pre-injury need |
| Family Counseling | Life | 10-12 sess | $ 160.00 | $ 175.00 | Sess | Per Dr. Suite |

4

**PMR MedLegal**                                                                 **Life Care Plan for James Smith**

| Medical Procedures | Age Over Which Services Will Be Provided | Frequency | Cost | | | Comments |
|---|---|---|---|---|---|---|
| | | | From | To | Per | |
| Chemo Denervation (BOTOX): Upper Extremities (200-400 units) | Life | Ev 3-4 mos if needed | $ 6,739.00 | $ 7,168.24 | Ea time | Per Dr. Suite If recommended by physiatry or neurology |
| Chemo Denervation (BOTOX): Lower Extremities (200-400 units) | Life | Ev 3-4 mos if needed | $ 6,739.00 | $ 7,168.24 | Ea time | |
| Chemo Denervation (BOTOX): Bladder (200 units) | Life | Ev 3-4 mos if needed | $ 6,174.00 | $ 7,014.83 | Ea time | Per Dr. Suite If recommended by urology |

5

**PMR MedLegal**                                                                 **Life Care Plan for James Smith**

| Laboratory Procedures | Age Over Which Services Will Be Provided | Frequency | Cost | | | Comments |
|---|---|---|---|---|---|---|
| | | | From | To | Per | |
| Pre-Albumin, Overall Protein Levels, Vitamin D, Calcium, Magnesium, and Phosphate Levels | Life | 1 x yr and as needed | | $ 344.26 | Ea time | Per Dr. Suite For evaluation of bone health |
| Additional Labs While on Antibiotic Medication (e.g., Blood/Urine Cultures, CBC, CMP, Serum Trough, Inflammatory Markers) | Life | As needed | | $ 296.36 | Ea time | Per Dr. Suite Over and above pre-injury need |
| Urinalysis | Life | 1-3 x yr and as needed | $ 17.75 | $ 25.00 | Ea time | |
| Urine Culture and Sensitivity | Life | 1-3 x yr and as needed | $ 34.00 | $ 42.59 | Ea time | |
| Comprehensive Metabolic Panel | Life | 1-2 x yr | $ 56.49 | $ 272.00 | Ea time | Per Dr. Suite Over and above pre-injury need |
| Complete Blood Count | Life | 1-2 x yr | $ 35.00 | $ 40.82 | Ea time | |
| Hepatic Function Panel | Life | 1-2 x yr | $ 44.00 | $ 44.36 | Ea time | |
| Renal Function Test | Life | 1-2 x yr | $ 46.14 | $ 48.00 | Ea time | |
| Creatinine Levels | Life | 1-2 x yr | $ 40.00 | $ 49.69 | Ea time | |

6

**PMR MedLegal**                                                        **Life Care Plan for James Smith**

| Surgical Procedures | Age Over Which Services Will Be Provided | Frequency | Cost | | | Comments |
|---|---|---|---|---|---|---|
| | | | **From** | **To** | **Per** | |
| Reconstructive Surgery for Decubitus Ulcers (e.g., Rotational Flap) | Life | 2-3 x and as needed | $ 173,379.16 | $ 506,096.75 | Ea time | Per Dr. Suite |
| Colostomy Reversal | Life | 1 x If able | $ 63,257.52 | $ 232,276.25 | | Per Dr. Suite If Mr. Smith's sacral wound closes and he is a candidate for colostomy reversal |
| Left Below Knee Amputation | Life | 1 x If needed | $ 170,019.99 | $ 229,101.75 | | Per Dr. Suite If Mr. Smith's stage IV left lower extremity wound worsens and requires amputation |
| Penile Implant Surgery | Life | 1 x If needed | $ 58,004.84 | $ 145,980.25 | | Per Dr. Suite If recommended by urologist |

7

**PMR MedLegal**                                                                                          **Life Care Plan for James Smith**

| Support Care | Age Over Which Services Will Be Provided | Frequency | Cost | | | Comments |
|---|---|---|---|---|---|---|
| | | | **From** | **To** | **Per** | |
| Registered Nurse (RN) | Life | (2) 12 hrs shifts/dy 7 dys/wk | $ 70.00 | $ 93.00 | Hr | Per Dr. Suite |
| Additional Aide | Now-age 65 | 1-2 hrs/dy | $ 35.00 | $ 40.00 | Hr | Per Dr. Suite Over and above pre-injury need, to assist with transfers, bathing, ADLs etc. |
| Home Infusion Therapy Administrative Services (Antibiotics) | In 4-12 wks for 12 mos | Daily for 1-7 wks 1-2 x | $ 523.20 | $ 643.00 | Dy | Per Dr. Suite |
| | Then-life | Daily for 1-7 wks ev 1-2 yrs | $ 523.20 | $ 643.00 | Dy | |
| Expenses Related to Community Outings by Mr. Smith's Attendant (Daily Rate) | Life | 4-6 dys/mo | | $ 55.00 | Dy | Per Dr. Suite |
| Case Management Services | Life | 12-18 hrs/mo | | $ 120.00 | Hr | Per Dr. Suite |

**PMR MedLegal**                                                    **Life Care Plan for James Smith**

| Ancillary Services | Age Over Which Services Will Be Provided | Frequency | Cost | | | Comments |
|---|---|---|---|---|---|---|
| | | | From | To | Per | |
| Educational Spinal Cord Injury Conferences for Mr. Smith | Next 3 yrs | Yearly | $ 250.00 | $ 400.00 | Yr, per person | Does not include food and lodging expenses |
| Membership in the United Spinal Association | Life | Yearly | | $    - | | Membership is free to individuals with spinal cord injury and includes a copy of the free New Mobility magazine |
| Ability Magazine | Life | 1 x yr | | $    - | | Provided at no cost |
| SCI Support Group | Life | 1 x mo | | $    - | | |

9

**PMR MedLegal**                                          **Life Care Plan for James Smith**

| Equipment for Activities of Daily Living | Age Over Which Services Will Be Provided | Frequency | Cost | | | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| | | | From | To | Per | | |
| Power Hoyer Lift | Life | Ev 5-7 yrs | $1,495.00 | $ 6,962.00 | Ea time | RehabMart | |
| Sling for Hoyer Lift | Life | Ev 2-3 yrs | $ 214.69 | $ 503.16 | Ea time | RehabMart | |
| Hoyer Lift Bath/Toilet Sling | Life | 1 x yr | | $ 203.40 | Ea time | Performance Health | |
| Battery for Hoyer Lift | Life | Ev 2 yrs | | $ 278.00 | Ea time | RehabMart | |
| Battery Power Cord for Hoyer Lift | Life | As needed | | $ 66.00 | Ea time | RehabMart | |
| Hand-Held Shower Spray | Life | Ev 5 yrs | $ 21.95 | $ 90.96 | Ea time | Performance Health | |
| Air Fluidized Bed (e.g., Clinitron) | Life | Ev 5-10 yrs | | $ 50,039.10 | Ea time | VA Reasonable Charges Data | Cost does not include maintenance and/or parts |
| Positioning Pillows/Bolsters | Life | 3-4 pillows ev 3 yrs | $ 19.99 | $ 59.99 | Ea | Amazon | |
| Overbed Table | Life | Ev 12-15 yrs | $ 202.00 | $ 282.80 | Ea time | Performance Health | |
| RAZ Folding Mobile Shower Chair | Life | Ev 10 yrs | | $ 2,295.00 | Ea time | Quickie.com | |
| BeasyTrans Sliding Board | Life | Ev 5-7 yrs | | $ 234.00 | Ea time | Amazon | |
| Gait Belt | Life | 2 ev 5 yrs | | $ 7.99 | Ea time | Amazon | |

**PMR MedLegal**                                                                 **Life Care Plan for James Smith**

| Home Modifications | Age Over Which Services Will Be Provided | Frequency | Cost | | | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| | | | **From** | **To** | **Per** | | |
| Built-In Shower/ Roll-In Shower | Life | 1 x | $ 6,972.64 | $ 9,025.49 | | | |
| Accessible Garage (Including Ramp Going into Home) | Life | 1 x | $ 17,674.56 | $ 20,145.58 | | | |
| Install Ramp for Primary Exit/Front Door | Life | 1 x | $ 7,847.81 | $ 12,196.05 | | | |
| Modify Master Bathroom:  (Includes Accessible Sink, Vanity, Plumbing, Lower Light Switches, Lower Medicine Cabinet, Tilt Mirror, Medical Supply Storage Closet, etc.) | Life | 1 x | $ 16,154.99 | $ 19,079.28 | | | |
| Accessible Walkways | Life | 1 x | $ 6,511.46 | $ 7,761.95 | | | |
| Extra Exit Door with Accessible Walkway | Life | 1 x | $ 8,953.42 | $ 10,674.99 | | | |
| Generator (Standby) | Life | Ev 10 yrs | $ 9,299.00 | $ 12,499.00 | Ea time | | Does not include installation and permit |
| Generator Installation | Life | Ev 10 yrs | $ 3,700.00 | $ 6,000.00 | Ea time | | Does not include cost of tank |
| Maintenance of Generator | Life | Yearly | | $ 200.00 | Yr | | Does not include parts |
| Barrier Free Ceiling Lift | Life | Ev 9-12 yrs | $ 3,751.00 | $ 5,640.00 | Ea time | Barrier Free Lifts, Inc. | |
| Track for Barrier Free Ceiling Lift | Life | 40 tracks, 1 x | $ 220.00 | $ 390.00 | Ea track | Barrier Free Lifts, Inc. | |
| Elbow 90-Degree Attachment for Barrier Free Ceiling Track | Life | 40 elbows, 1 x | | $ 365.00 | Ea (40) | Barrier Free Lifts, Inc. | |
| Accessories for Barrier Free Ceiling Lift (Ceiling Clamp, Track Clamp, Track Connector, Track End Stop, Track End Cap) | Life | 74 accessories,   1 x | $ 15.20 | $ 26.32 | Ea | Barrier Free Lifts, Inc. | |
| Barrier Free Ceiling Lift Sling with Head Support | Life | Ev 2.5 yrs | | $ 315.00 | Ea time | Barrier Free Lifts, Inc. | |

**PMR MedLegal**                                   **Life Care Plan for James Smith**

| Home Modifications | Age Over Which Services Will Be Provided | Frequency | Cost | | | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| | | | From | To | Per | | |
| Cord Replacement for Barrier Free Ceiling Lift | Life | If needed | $ 46.00 | $ 50.00 | Ea time | Barrier Free Lifts, Inc. | |
| Batteries for Barrier Free Ceiling Lift | Life | Ev 2 yrs | | $ 105.00 | Ea | Barrier Free Lifts, Inc. | |
| Installation for Barrier Free Ceiling Lift | Life | 1 x | | $ 2,200.00 | | Barrier Free Lifts, Inc. | |
| Vivint Smart Complete Bundle with SkyControl Panel, Element Thermostat, Smart Door Lock, Smart Garage Controller, Doorbell Camera, Outdoor Camera, and Ping Camera | Life | Ev 7 yrs | | $ 1,789.92 | Ea time | Vivint | |
| Vivint Smart Complete Monitoring Plan | Life | 1 x mo | | $ 49.99 | Ea time | Vivint | Supports all customizable options as well as video storage |

**PMR MedLegal**                                                          **Life Care Plan for James Smith**

| Orthopedic Equipment | Age Over Which Services Will Be Provided | Frequency | Cost | | | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| | | | From | To | Per | | |
| Bilateral Ankle Foot Orthosis | Life | (2) ev 3 yrs if needed | | $ 975.68 | Ea | VA Reasonable Charges Data | |
| Multi Podus Boots | Life | 1 pr ev 3 yrs | | $ 162.97 | Pr, ea time | Performance Health | |
| Bilateral Hand/Wrist Splint For Daytime Use | Life | 1pr ev 3 yrs | $ 71.95 | $ 121.00 | Pr, ea time | Alimed.com | |
| Bilateral Hand/Wrist Splint For Nighttime Use | Life | 1 pr ev 3 yrs | $ 71.95 | $ 121.00 | Pr, ea time | Alimed.com | |
| Tilt Table | Life | Ev 10 yrs | | $ 6,810.00 | Ea time | Performance Health | |
| **OR** | | | | | | | |
| EasyStand Evolv E3 | Life | Ev 10 yrs | | $ 2,899.75 | Ea time | RehabMart | Base cost |
| Front Swivel Casters | Life | 1 pr ev 10 yrs | | $ 133.66 | Pr, ea time | RehabMart | |
| Adjustable Removable Actuator Handles | Life | Ev 10 yrs | | $ 170.56 | Ea time | RehabMart | |
| 10" Shadow Tray | Life | Ev 10 yrs | | $ 471.60 | Ea time | RehabMart | |
| Secure Foot Straps | Life | 1 pr ev 3-5 yrs | | $ 86.92 | Pr, ea time | RehabMart | |
| Contoured Back Support | Life | Ev 10 yrs | | $ 576.46 | Ea time | RehabMart | |
| Chest Strap | Life | Ev 3-5 yrs | | $ 105.78 | Ea time | RehabMart | |
| Positioning Belt w/Airline Style Buckle | Life | Ev 10 yrs | | $ 114.80 | Ea time | RehabMart | |

**13**

**PMR MedLegal**                                                            **Life Care Plan for James Smith**

| Mobility Equipment/ Accessories | Age Over Which Services Will Be Provided | Frequency | Cost | | | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| | | | From | To | Per | | |
| Permobil F5 Corpus VS Power Wheelchair: Front-wheel drive F5 power base includes: Corpus VS seat frame, ComfortRide Pro suspension, Enhanced Steering Performance (ESP), 4-point tie-down hardware, VoltPro charger, and R-net Power Platform 120A electronics with Permobil Connect | Life | Ev 5 yrs | $ 10,915.0 | $ 18,559.0 | Ea time | Permobil | Base cost and seating system only |
| Permobil F5 Corpus Power Wheelchair Accessories: | | | | | | | |
| LED Light Kit for F5 - Power Platform | Life | Ev 5 yrs | | $ 10,887.00 | Ea time | Permobil | |
| Essentials Box with Lights | Life | Ev 5 yrs | | $ 872.00 | Ea time | Permobil | |
| Joystick Handle Upgrade | Life | Ev 5 yrs | $ 139.00 | $ 183.00 | Ea time | Permobil | |
| ActiveHeight Power Adjustable Seat Height | Life | Ev 5 yrs | | $ 4,021.00 | Ea time | Permobil | |
| 50° Power Tilt & 180° Power Recline | Life | Ev 5 yrs | | $ 13,492.00 | Ea time | Permobil | |
| Corpus VS Power Elevating Leg rests 180° | Life | Ev 5 yrs | | $ 4,102.00 | Ea time | Permobil | |
| Power Standing Function - VS Seat | Life | Ev 5 yrs | | $ 12,553.00 | Ea time | Permobil | |
| Fixed Backrest Kit - No Mechanical Shear | Life | Ev 5 yrs | | $ 44.00 | Ea time | Permobil | |
| Backrest Upgrade (Corpus Ergo, ROHO Agility) | Life | Ev 5 yrs | $ 874.00 | $ 1,196.00 | Ea time | Permobil | |
| BodiLink Premium Lateral Supports - Pair | Life | Ev 5 yrs | | $ 446.00 | Ea time | Permobil | |
| Swing-Away Adj BodiLink Lateral Hardware Corpus - Pair | Life | Ev 5 yrs | | $ 625.00 | Ea time | Permobil | |
| Chest Support | Life | Ev 5 yrs | $ 329.00 | $ 365.00 | Ea time | Permobil | |
| Chest Support Hardware | Life | Ev 5 yrs | | $ 308.00 | Ea time | Permobil | |
| Chest Belt | Life | Ev 5 yrs | | $ 204.00 | Ea time | Permobil | |
| Footplate Upgrade | Life | Ev 5 yrs | | $ 317.00 | Ea time | Permobil | |
| Swing-Away Knee Support | Life | Ev 5 yrs | | $ 475.00 | Ea time | Permobil | |
| Bodypoint Belt Upgrade | Life | Ev 5 yrs | $ 167.00 | $ 236.00 | Ea time | Permobil | |
| Head Rest | Life | Ev 5 yrs | | $ 434.00 | Ea time | Permobil | |
| Adj Removable Knee Support Hardware | Life | Ev 5 yrs | | $ 306.00 | Ea time | Permobil | |
| Lateral Pelvic Thigh Supports | Life | Ev 5 yrs | | $ 359.00 | Ea time | Permobil | |
| Lateral Pelvic Thigh Supports Hardware | Life | Ev 5 yrs | $ 602.00 | $ 689.00 | Ea time | Permobil | |
| Multiple Seat Function Control Kit for R-net | Life | Ev 5 yrs | | $ 3,994.00 | Ea time | Per Dr. Suite | |
| Expandable Controller R-net | Life | Ev 5 yrs | | $ 764.00 | Ea time | Permobil | |
| Harness for Expandable Controller R-net | Life | Ev 5 yrs | | $ 678.00 | Ea time | Permobil | |

14

**PMR MedLegal**                                                                              **Life Care Plan for James Smith**

| Mobility Equipment/ Accessories | Age Over Which Services Will Be Provided | Frequency | Cost | | | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| | | | From | To | Per | | |
| Attendant Control | Life | Ev 5 yrs if needed | $ 1,499.00 | $ 4,200.00 | Ea time | Permobil | |
| ROHO Neoprene Seat Cushion | Life | 2 ev 3 yrs | $ 532.00 | $ 592.00 | Ea, ea time | Permobil | |
| ROHO Smart Check | Life | Ev 5 yrs | | $ 185.00 | Ea time | Permobil | |
| Incontinence Cover for ROHO Cushion | Life | 2 ev yr | | $ 82.00 | Ea, ea time | Permobil | |
| RAM Self Leveling Cup Holder | Life | Ev 5 yrs | | $ 93.00 | Ea time | Permobil | |
| RAM X-Grip Phone Holder | Life | Ev 5 yrs | | $ 93.00 | Ea time | Permobil | |
| RAM X-Grip Tablet Holder w/Swing Away Mount | Life | Ev 5 yrs | | $ 467.00 | Ea time | Permobil | |
| USB Charger | Life | Ev 5 yrs | | $ 231.00 | Ea time | Permobil | |
| Permobil Adjustable Tray | Life | Ev 5 yrs | | $ 284.00 | Ea time | Permobil | |
| Permobil Adjustable Tray Hardware | Life | Ev 5 yrs | | $ 208.00 | Ea time | Permobil | |
| Headrest | Life | Ev 5 yrs | $ 363.00 | $ 397.00 | Ea time | Permobil | |
| Headrest Hardware | Life | Ev 5 yrs | $ 273.00 | $ 294.00 | Ea time | Permobil | |
| Co-Pilot Attendant Control | Life | 1 x | | $ 5,320.00 | | Permobil | |
| Corpus Ergo Back Upgrade | Life | 1 x | | $ 1,135.00 | | Permobil | |
| Batteries Group 24 Gel | Life | 1 pr ev 2 yrs | | $ 1,042.00 | Pr, ea time | Permobil | |
| Medical Necessities Bag | Life | 1 x | | $ 309.00 | | Permobil | |
| Service for Permobil Power Wheelchair | Life | 1 x yr | $ 200.00 | $ 300.00 | Yr | National Seating & Mobility | Does not include parts |
| Quickie Iris Manual Tilt-In-Space Wheelchair with Headrest, Pneumatic Tires, Quick Release Axles, and Swing-Away Footrests | Life | Ev 5 yrs | $ 3,008.00 | $ 3,278.00 | Ea time | Sunrise Medical | |
| Power Tilt Control with Heavy Duty Package | Life | Ev 5 yrs | | $ 2,684.00 | Ea time | Sunrise Medical | |
| Standard/Drop Seat Pan | Life | Ev 5 yrs | | $ 215.00 | Ea time | Sunrise Medical | |
| Caster Upgrade | Life | Ev 5 yrs | $ 92.00 | $ 242.00 | Ea time | Sunrise Medical | |
| Rear Wheel Upgrade - 24" | Life | Ev 5 yrs | | $ 92.00 | Ea time | Sunrise Medical | |
| Attendant Wheel Lock (Foot Lock) | Life | Ev 5 yrs | | $ 86.00 | Ea time | Sunrise Medical | |
| Transit Option | Life | Ev 5 yrs | | $ 270.00 | Ea time | Sunrise Medical | |
| Wheel Lock Extension Handle | Life | Ev 5 yrs | | $ 85.00 | Ea time | Sunrise Medical | |
| Hanger Upgrade | Life | Ev 5 yrs | $ 102.00 | $ 325.00 | Ea time | Sunrise Medical | |
| Footrest Upgrade | Life | Ev 5 yrs | $ 100.00 | $ 388.00 | Ea time | Sunrise Medical | |

**PMR MedLegal**                                                    **Life Care Plan for James Smith**

| Mobility Equipment/ Accessories | Age Over Which Services Will Be Provided | Frequency | Cost | | | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| | | | From | To | Per | | |
| Push Handle Upgrades | Life | Ev 5 yrs | $ 92.00 | $ 175.00 | Ea time | Sunrise Medical | |
| Armrest Upgrade | Life | Ev 5 yrs | $ 100.00 | $ 303.00 | Ea time | Sunrise Medical | |
| Headrest Upgrade | Life | Ev 5 yrs | $ 186.00 | $ 358.00 | Ea time | Sunrise Medical | |
| Mono Backrest System with Dynamic Backrest | Life | Ev 5 yrs | | $ 1,710.00 | Ea time | Sunrise Medical | |
| Jay J3 Back Rest | Life | Ev 5 yrs | $ 715.00 | $ 858.00 | Ea time | Sunrise Medical | |
| Positioning Belt | Life | Ev 5 yrs | $ 44.00 | $ 128.00 | Ea time | Sunrise Medical | |
| Anti-Tippers | Life | 1 pr ev 5 yrs | | $ 161.00 | Pr, ea time | Sunrise Medical | |
| Tray Table | Life | Ev 5 yrs | | $ 274.00 | Ea time | Sunrise Medical | |
| Backpack | Life | Ev 2 yrs | | $ 81.00 | Ea time | Sunrise Medical | |
| Service for Manual Tilt-in-Space Wheelchair | Life | 1 x yr | | $ 150.00 | Yr | National Seating & Mobility | Does not include parts |
| Manual Tilt-in-Space Wheelchair (e.g., Ki Mobility Focus CR) | Life | 1 x | | $ 3,385.00 | | SpinLife | Back-up manual wheelchair. After initial 5 yrs, previously retired chair can serve as back-up |
| Service for Replacement Manual Wheelchair | For 5 yrs | 1 x yr | | $ 150.00 | Yr | National Seating & Mobility | Does not include parts |
| Portable Wheelchair Ramps (2) | Now | Ev 15 yrs | | $ 139.99 | Ea | Amazon | |

16

**PMR MedLegal**                                                   **Life Care Plan for James Smith**

| Transportation | Age Over Which Services Will Be Provided | Frequency | Cost | | | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| | | | From | To | Per | | |
| Disabled Parking Permit | Life | Ev 4 yrs | | $ - | Ea time | Dept of Motor Vehicles of GA | Provided at no cost |
| Van with Conversions and Modifications (Side Entry Non-Driver) | Life | Ev 5-7 yrs | $ 69,995.00 | $ 91,250.00 | Ea time | Mobility Works | The value of a vehicle that client had or would have had if purchased ($40,657), is to be subtracted from this figure |
| Van Ramp Maintenance | Life | Yearly | | $ 225.00 | Yr | Ocean Conversions | Approx. |
| Insurance Coverage (Difference from a Non-Converted Car/Van) | Life | Yearly | | $ 400.00 | Yr | American Trust Insurance | |
| Additional Insurance Coverage for Attendant | Life | Yearly | | $ 1,775.00 | Yr | MarketWatch | National average car insurance cost for 2024, ranges from $869-$2681 per year for minimum to full coverage |

**PMR MedLegal**                                                                    **Life Care Plan for James Smith**

| Personal Items | Age Over Which Services Will Be Provided | Frequency | Cost | | | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| | | | From | To | Per | | |
| Colostomy Bag (Closed Pouch | Life | 1-2/dy | $ 112.20 | $ 115.45 | Box (60) | Parthenoninc.com | |
| Skin Barrier (Wafer/Baseplate) | Life | Ev 3-7 dys | $ 30.65 | $ 39.25 | Box (5) | Parthenoninc.com | |
| Stoma Powder | Life | 6-12 btls/yr | $ 7.80 | $ 8.25 | Btl (1oz) | Parthenoninc.com | |
| Adhesive | Life | 6 btls/yr | | $ 22.95 | Btl (4oz) | Parthenoninc.com | |
| Adhesive Remover | Life | 1 Bx/mo | $ 11.25 | $ 16.75 | Bx (50) | Parthenoninc.com | |
| Colostomy Deodorant Drops | Life | 4 btls/yr | | $ 17.55 | Btl (8oz) | Parthenoninc.com | |
| Hydrophilic Catheter Kit | Life | 4-6 kits/dy | | $ 228.93 | Case (90) | Allegro Medical | |
| Condom Catheter Kit | Life | 2-3 x dy if needed | | $ 21.56 | Pkg (7) | Amazon | |
| Adult Wipes | Life | 3-6 pkgs/mo | $ 4.19 | $ 4.78 | Pkg (64) | Allegro Medical | |
| Adult Briefs | Life | 2-4 x dy | $ 9.24 | $ 10.75 | Pkg (20) | Walmart | |
| Chux (Blue Pads) | Life | 2 pads/dy | | $ 28.99 | Pkg (150) | Allegro Medical | |
| Non-Sterile Gloves (Latex Free) | Life | 1 bx/mo | | $ 7.02 | Bx (100) | Allegro Medical | |
| Urinals | Life | 2 ev 2-3 yrs | $ 8.69 | $ 10.89 | Pk (2) | Amazon | |
| Antibacterial Soap | Life | 6 btls/yr | | $ 1.99 | Btl (7.5 oz) | Walgreens | |
| Hand Sanitizer | Life | 1-2 btls/mo | | $ 3.49 | Btl | Walmart | |
| Body Lotion/Barrier Cream | Life | 2-3 btls/mo | $ 10.97 | $ 12.99 | Btl (16 oz) | Amazon | |
| Wound Care Supplies Such As: Mepiplex, Aquacel AG, Composite Dressings, Skin Prep, Gauze, Saline, etc. | Life | Monthly | | $ 297.00 | Mo | Amazon | |
| Wound Care Biologics (e.g., Grafix Prime, 25 cm square wound) | In 4-12 wks for 6-12 mos | 9-15 applications | | $ 8,560.75 | Application | VA Reasonable Charges Data | Per Dr. Suite |
| | Then-life | 3-5 applications 2-3 x | | $ 8,560.75 | Application | | |
| Negative Pressure Wound Therapy Pump and Care | In 4-12 wks for 2-4 mos | Monthly | | $ 15,254.16 | Mo | VA Reasonable Charges Data | Per Dr. Suite |
| | Then-life | 1-3 mo 2-3 x | | $ 15,254.16 | Mo | | |
| Negative Pressure Wound Therapy Pump Supplies | In 4-12 wks for 2-4 mos | 2-3 dys/wk | | $ 142.77 | Dy | VA Reasonable Charges Data | |
| | Then-life | 2-3 dys/wk for 1-3 mo 2-3 x | | $ 142.77 | Dy | | |
| Jobst Stockings (Knee/Thigh High) | Life | 2 prs/yr if needed | $ 39.95 | $ 69.95 | Pr, ea time | Per Dr. Suite | |
| Adaptive Clothing | Life | 1 x yr | $ 200.00 | $ 300.00 | Yr | Allegro Medical | |

**PMR MedLegal**                                                    **Life Care Plan for James Smith**

| Personal Items | Age Over Which Services Will Be Provided | Frequency | Cost | | | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| | | | From | To | Per | | |
| Coloplast Peristeen Plus Transanal Irrigation System | Life | Ev 90-135 dys If needed | | $ 156.00 | Ea time | Coloplast | If Mr. Smith has his colostomy reversed |
| Coloplast Peristeen Plus Transanal Irrigation System - Catheter with Water Bag | Life | Ev 1-2 dys If needed | | $ 294.00 | Pkg (15) | Coloplast | |
| InnoSpire Respironics Nebulizer Unit | Life | Ev 5 yrs | $ 42.73 | $ 70.50 | Ea time | Vitalitymedical.com | Per Dr. Suite Cost does not include maintenance and/or parts |
| Respironics Nebulizer Kits | Life | 4/mo | $ 11.56 | $ 79.82 | Ea | Vitalitymedical.com | |
| Cough Assist T70 Device | Life | Ev 5 yrs | | $ 2,990.00 | Ea time | Vitalitymedical.com | Per Dr. Suite Cost does not include maintenance and/or parts |
| Cough Assist Tubing and Face Mask (Large) | Life | Ev 3-6 mos | | $ 20.60 | Ea time | Vitalitymedical.com | |
| Filter for T70 | Life | Ev 1-2 mos | | $ 22.78 | Ea time | Vitalitymedical.com | |
| Roll Stand with Basket | Life | Ev 10yrs | | $ 508.53 | Ea time | Vitalitymedical.com | |
| Oxygen Concentrator (Rental) | Life | Monthly If needed | | $ 755.00 | Month | FairHealth | Per Dr. Suite |
| Potable Liquid Oxygen (Rental) | Life | Monthly If needed | | $ 333.00 | Month | FairHealth | |
| Oxygen Tubing (Nasal Canula) | Life | Ev 2 wks If needed | | $ 9.84 | Pk (2) | Walmart | |
| Suction Machine (Rental) | Life | Monthly If needed | | $ 166.00 | Month | FairHealth | Per Dr. Suite |
| Suction Tubing | Life | Ev 2 wks If needed | | $ 45.99 | Pk (50) | Vitalitymedical.com | |
| Yankauer Suction Tips | Life | 1 per dy If needed | | $ 38.95 | Pk (50) | Amazon | |

**19**

**PMR MedLegal**                                           **Life Care Plan for James Smith**

| Prescription and Non-Prescription Medications (These or other similar medications as prescribed) | Age Over Which Services Will Be Provided | Frequency | Cost | | | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| | | | From | To | Per | | |
| Oral Antibiotics for Urinary Tract Infections (e.g., Bactrim) | In 4-12 wks for 12 mos | 1-2 tablets/dy 5-10 dys 4-6 x | $ 8.67 | $ 28.07 | 14 | Goodrx | Per Dr. Suite |
| | Then-life | 1-2 tablets/dy 5-10 dys 3-4 x yr | $ 8.67 | $ 28.07 | 14 | Goodrx | |
| IV Antibiotics (e.g., Vancomycin) | In 4-12 wks for 12 mos | 1-2 x dy for 1-7 wks 1-2 x | $ 151.00 | $ 195.09 | 1 Kit | Goodrx | Per Dr. Suite |
| | Then-life | 1-2 x dy for 1-7 wks ev 1-2 yrs | $ 151.00 | $ 195.09 | 1 Kit | Goodrx | |
| Vitamin-C (500mg) | Life | 2 x dy | | 13.49 | 100 | CVS | |
| Sennosides Docusate | Life | 2 tbs 1 x dy | $ 5.93 | $ 12.96 | 60 | Goodrx | |
| MiraLAX 17 g | Life | 1 x dy | | $ 13.79 | 45 | CVS | |
| Bisacodyl 10 mg | Life | 1 x dy | $ 8.24 | $ 8.25 | 30 | Goodrx | |
| Folic Acid 1 mg | Life | 1 x dy | $ 14.13 | $ 16.68 | 30 | Goodrx | |
| Glucagon 1 mg | Life | 1 kit/yr If needed | $ 329.27 | $ 330.51 | Yr | Goodrx | For emergency use to raise blood sugar. |
| Levalbuterol (Nebulizer) | Life | Ev 6 hrs | $ 25.55 | $ 166.86 | 25 | Goodrx | |
| Lidocaine Patch | Life | Daily | $ 155.90 | $ 288.79 | 30 | Goodrx | |
| Melatonin 6 mg | Life | 2 tbs 1 x dy | $ 11.78 | $ 14.14 | 60 | Goodrx | |
| Midodrine 5 mg | Life | 3 x dy | $ 107.95 | $ 182.33 | 90 | Goodrx | |
| Multi-Mins-Ferrous-Gluconate 15 mg | Life | 1 x dy | | $ 11.58 | 130 | Amazon | |
| Ondansetron 4 mg | Life | Ev 8 hrs as needed | $ 90.87 | $ 137.27 | 20 | Goodrx | |
| Oxycodone 5 mg | Life | Ev 8 hrs as needed | $ 26.01 | $ 28.64 | 30 | Goodrx | |
| Oxycodone 10 mg | Life | Ev 8 hrs as needed | $ 36.00 | $ 59.71 | 30 | Goodrx | |

**PMR MedLegal**

**Life Care Plan for James Smith**

| Prescription and Non-Prescription Medications (These or other similar medications as prescribed) | Age Over Which Services Will Be Provided | Frequency | Cost | | | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| | | | From | To | Per | | |
| Pantoprazole 40mg | Life | 1 x dy | $ 74.35 | $ 87.75 | 30 | Goodrx | |
| Acetaminophen 325 mg | Life | 1-2 tbs 1 x dy | | $ 21.49 | 365 | CVS | |
| Medication for Erectile Dysfunction (e.g., Sildenafil) | Life | As needed | $ 1,289.00 | $ 1,371.00 | 30 | Goodrx | As prescribed by urologist |
| or | | | | | | | |
| Caverject Injections | Life | As needed | $ 253.03 | $ 486.65 | 2 Inj | Goodrx | As prescribed by urologist |

**21**

**PMR MedLegal**                                                              **Life Care Plan for James Smith**

| Leisure/Recreation/ Exercise Equipment | Age Over Which Services Will Be Provided | Frequency | Cost | | | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| | | | From | To | Per | | |
| RT 300 FES Bike-Home System (for Upper and Lower Extremities) | Life | Ev 10 yrs | $ 26,000.00 | $ 32,500.00 | Ea time | Restorative Therapies | |
| Miscellaneous Supplies Replacements Such As Electrodes, Velcro Foot Restraints, and Battery Replacement | Life | 1 x yr | $ 660.00 | $ 825.00 | Ea time | Restorative Therapies | |
| Upgrades for RT 300 FES Bike | Life | Ev 5 yrs | $ 2,000.00 | $ 5,000.00 | Ea time | Restorative Therapies | |
| Wall Mounted Therapy Plinth (4' x 7') | Life | Ev 10 yrs | | $ 1,950.00 | Ea time | SpinLife | |

**22**

# PMR MedLegal

## INFORMATION REVIEWED TO PREPARE THIS REPORT:

Evaluation of James Smith by Paul M. Ramos, PT, GCS, CLCP, ATP, CEAC, FIALCP

## RECORDS AND/OR DEPOSITIONS:

Piedmont Fayette Hospital Heart Failure Center: Records
Emory Healthcare: Record
Gerald Hood, M.D.: Records
Piedmont Healthcare: Records
Day by Day Therapy LLC: Records
Atlanta Heart Associates PC: Records
Kennestone Neuro: Records
LifeBrite: Records
LabCorp: Record
Atlanta Vascular Specialists: Records
Wendy Swayne: Record
Muhammad Ramzan Waris, M.D.: Record
Community Radiology Associates PA: Record
Hospiten Montego Bay: Records
Jackson Health System: Records
Jackson Health System Inpatient Rehabilitation: Records
Piedmont Fayette Hospital: Records
Wellstar Health System: Records
Central Home Health Care Fayetteville: Records
Nicholas Suite, M.D.: Record

# PMR MedLegal

**LIFE CARE PLAN FOR:** JAMES SMITH

**Consultations(s) With and Report Reviewed By:**

Nicholas Suite M.D., Neurology